```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 11995
    PRESTON HAWKINS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-3833


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
    The case was filed on 05/12/2008 and was not confirmed.

    The case was dismissed without confirmation 08/04/2008.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------------
DAKOTA CAPITAL            CURRENT MORTG         .00          .00           .00
DAKOTA CAPITAL            MORTGAGE ARRE     4000.00          .00           .00
HOMEQ SERVICING CORP      CURRENT MORTG         .00          .00           .00
HOMEQ SERVICING CORP      MORTGAGE ARRE         .00          .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY         43662.14          .00           .00
AFNI INC                  UNSECURED       NOT FILED          .00           .00
AMERICAN COLLECTION       UNSECURED       NOT FILED          .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       NOT FILED          .00           .00
CBE GROUP                 UNSECURED       NOT FILED          .00           .00
ILLINOIS COLLECTION SE    UNSECURED       NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          938.18          .00           .00
NICOR GAS                 UNSECURED       NOT FILED          .00           .00
RMI/MCSI                  UNSECURED       NOT FILED          .00           .00
RMI/MCSI                  UNSECURED       NOT FILED          .00           .00
RMI/MCSI                  UNSECURED       NOT FILED          .00           .00
RMI/MCSI                  UNSECURED         1050.00          .00           .00
RMI/MCSI                  UNSECURED       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         8249.50          .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,464.00                        .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11995 PRESTON HAWKINS
```

```
                          ---------------      ---------------
TOTALS                              .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 11/19/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```